UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN MCCLURE, an individual, for himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRAND ENERGY SERVICES, LLC, a Delaware corporation doing business in California; BRAND ENERGY SERVICES OF CALIFORNIA, LLC, a Delaware corporation doing business in California; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01726-KJM-AC<br><br><u>PUTATIVE CLASS ACTION</u><br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>*Hon. Kimberly J. Mueller*<br><br>Complaint filed: June 14, 2018 |

Good cause appearing in the Parties concurrently filed stipulation, IT IS HEREBY ORDERED that Plaintiff is granted leave to file his First Amended Complaint.

Plaintiff shall file said First Amended Complaint electronically and serve the First Amended Complaint within five (5) calendar days of this Order issuing.

SO ORDERED.

DATED: September 5, 2018

_____
UNITED STATES DISTRICT JUDGE

1

**ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT**