1 MICHAEL A. STRAUSS, CA Bar No. 246718
mike@strausslawyers.com
2 Aris E. Karakalos, CA Bar No. 240802
aris@strausslawyers.com
3 Andrew C. Ellison, CA Bar No. 283884
andrew@strausslawyers.com
4 STRAUSS & STRAUSS, APC
121 North Fir Street, Suite F
5 Ventura, CA 93001
Telephone: 805.641.6600
6 Facsimile: 805.641.6607

7 Attorneys for Plaintiff
MARLIN MCCLURE and the Putative Class
8

9 DOUGLAS J. FARMER, CA Bar No. 139646
douglas.farmer@ogletree.com
10 JASON P. BROWN, CA Bar No. 266472
jason.brown@ogletree.com
11 OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
12 Steuart Tower, Suite 1300
One Market Plaza
13 San Francisco, CA 94105
Telephone: 415.442.4810
14 Facsimile: 415.442.4870

15 Attorneys for Defendant
WAVELAND SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARLIN MCCLURE, an individual, for himself and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAVELAND SERVICES INC., a Louisiana corporation doing business in California; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01726-KJM-AC<br><br>**JOINT ADMINISTRATIVE MOTION STAY CASE PENDING UNITED STATES SUPREME COURT DECISION**<br><br>Complaint Filed: June 14, 2018<br>First Amended Complaint Filed: Sept. 21, 2018<br>Trial Date: None Set<br>Judge: Hon. Kimberly J. Mueller |

Plaintiff MARLIN McCLURE and defendant WAVELAND SERVICES, INC. (hereinafter the "parties") jointly seek via this administrative motion an order of the Court vacating all current court deadlines and staying this matter for all purposes for a limited period of time pending the outcome of the United States Supreme Court decision in *Newton v. Parker Drilling Management* No. 18-389 (*Certiorari* granted January 11, 2019).

1. On September 13, 2018 the Court held its Status (Pretrial Schedule) Conference before Judge Kimberly Mueller. At the conference the parties discussed the pending petition for certiorari in the *Newton v. Parker Drilling* matter, and that disposition of the *Newton* matter would substantially affect the outcome of the present case, and that a stay may be required should *certiorari* be granted. The Court invited the parties to return with the court with pleadings regarding a stay, should that occur.

2. The following dates were set after the conference via scheduling order on October 11, 2018 [024]

   a. Close of Fact Discovery: May 1, 2019
   b. Designation of Expert Witnesses: July 1, 2019
   c. Close of Expert Discovery: September 12, 2019
   d. Last Court day for hearing on Summary Judgment: November 2, 2019

3. The Parties have been in active negotiations on settlement from the date of the initial status conference through the present date, including a formal mediation with mediator Steve Pearl, and a formal in-person settlement conference with all parties in attendance.

4. On January 11, 2019 the Supreme Court of the United States granted certiorari in the matter of *Newton v. Parker Drilling Management* No. 18-389 (*Certiorari* granted January 11, 2019).

5. Plaintiff's claims in this case rely in significant part on the Ninth Circuit's holding in *Newton,* which the Supreme Court has elected to review. How the Supreme Court ultimately decides the threshold issue will therefore substantially impact this case.

6. District Courts have the inherent power to "stay proceedings in one suit until the decision of another" in furtherance of administration of justice. *Landis v. N. Am. Co*. (1936) 199

U.S. 248, 249. The purpose of this power is to permit every court to control the disposition of cases on its docket "with economy of time and effort for itself, for counsel, and for litigants." Id. at 254-55. The Landis factors are [1] the hardship or inequity which a party may suffer in being required to go forward, [2] the possible damage which may result from the granting of a stay, and [3] the orderly course of justice. *Id.*

7. The granting of certiorari is an appropriate time to stay cases reliant upon the case under review. *See Robledo v. Randstad US,* L.P., No. 17-CV-01003-BLF, 2017 WL 4934205, at *2 (N.D. Cal. Nov. 1, 2017) (where certiorari had been granted by the Supreme Court on a threshold issue, Judge freeman stayed the case, finding succinctly that "…if the Supreme Court upholds the Ninth Circuit's decision…the Plaintiffs have the stronger case…However, if the Supreme Court reverses the Ninth Circuit…Randstad has a strong likelihood of prevailing…")

8. The stay would alleviate the hardship or inequity to both parties of litigating a case that could ultimately be rendered moot or at least seriously impacted; presents no damage resulting from the stay; and promotes the orderly course of justice as both parties await the pending threshold decision from the highest court in the land, which has granted certiorari to the issue.

9. No trial date has been set, so this request will not impact any pending trial dates.

10. Accordingly, the parties jointly seek via this administrative motion a stay of the current action, including vacating of the current dates in the action until the United States Supreme Court has decided the threshold issue presented in *Newton.* As the parties anticipate the Supreme Court will issue its decision no earlier than July 2019, the parties would request that Court set a Status Conference in August 2019.

THEREFORE, the parties jointly request that the Court enter an Order:

1. Vacating all dates;
2. Staying this matter until such time that the stay order is lifted by this Court; and
3. Setting a Status Conference for a date in August 2019.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

| | |
|---|---|
| DATED: February 12, 2019 | STRAUSS & STRAUSS, APC |

By: */s/ Aris E. Karakalos*
    Michael A. Strauss
    Aris E. Karakalos
    Andrew C. Ellison
    Attorneys for Plaintiff
    MARLIN McCLURE and the
    Putative Class

DATED: February 12, 2019    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Jason P. Brown*
    Douglas J. Farmer
    Jason P. Brown
    Attorneys for Defendant
    WAVELAND SERVICES, INC.

## **SIGNATURE ATTESTATION**

I attest that I have obtained concurrence in the filing of this document from the other signatory.

DATED: February 12, 2019    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Jason P. Brown*
    DOUGLAS J. FARMER
    BRIAN D. BERRY
    JASON P. BROWN
    Attorneys for Defendant
    WAVELAND SERVICES, INC.

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

A Status Conference is ordered to take place on August 15, 2019 at 2:30 PM in Courtroom 3 in the United States District Court for the Eastern District of California before District Judge Kimberly J. Mueller, with the filing of a joint status report due seven days prior.

DATED: February 20, 2019.

_____
UNITED STATES DISTRICT JUDGE