UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marlin McClure, an individual, for himself and those similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>Waveland Services, Inc., a Louisiana corporation doing business in California; and DOES 1 through 100, inclusive,<br><br>            Defendants. | No. 2:18-cv-01726-KJM-AC<br><br>ORDER |

The court previously granted plaintiff's motion for final approval of the class settlement. *See* Prev. Order (Nov. 9, 2021), ECF No. 74. Plaintiff has informed the court that the settlement has now been fully funded. Not., ECF No. 75. The court thus **dismissed this action with prejudice** according to the terms of the settlement agreement.

The Clerk of Court is directed to CLOSE the case.

IT IS SO ORDERED.

DATED: January 27, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1